UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICKEY OVERSTREET, #514707** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-583** |
| **TYLOR WADE** | **SECTION: "H"(1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Rickey Overstreet is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 16th day of March, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**